LAWRENCE G. BROWN
Acting United States Attorney
SARALYN M. ANG-OLSON, SBN 197404
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:09-CV-00182-WBS-KJM |
| Plaintiff, | APPLICATION AND ORDER FOR PUBLICATION |
| v. | |
| APPROXIMATELY $18,220.00 IN U.S. CURRENCY, | |
| Defendant. | |

The United States of America, Plaintiff herein, applies for an order of publication as follows:

1.   Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (hereafter "Supplemental Rules") provides that the Plaintiff shall cause public notice of the action and arrest to be given in a newspaper of general circulation or on the official internet government forfeiture site;

2.   Local Rule 83-171, Eastern District of California, provides that the Court shall designate by order the appropriate newspaper or other vehicle for publication;

3.   The defendant Approximately $18,220.00 in U.S. Currency

1

1 (hereafter "defendant currency") was seized in the city of
2 Sacramento, in Sacramento County, California.  The Drug Enforcement
3 Administration published notice of the non-judicial forfeiture of
4 the defendant currency on October 6, 13, and 20, 2008, in the <u>Wall</u>
5 <u>Street Journal</u>.
6     4.    Plaintiff proposes that publication be made as follows:
7         a.    One publication;
8         b.    Thirty (30) consecutive days;
9         c.    On the official internet government forfeiture
10 site [www.forfeiture.gov](www.forfeiture.gov);
11         d.    The publication is to include the following:
12             (1)    The Court and case number of the action;
13             (2)    The date of the arrest/seizure;
14             (3)    The identity and/or description of the property
15 arrested/seized;
16             (4)    The name and address of the attorney for the
17 Plaintiff;
18             (5)    A statement that claims of persons entitled to
19 possession or claiming an interest pursuant to Supplemental Rule
20 G(5) must be filed with the Court and served on the attorney for
21 the Plaintiff no later than 60 days after the first day of
22 publication on the official internet government forfeiture site;
23 and
24             (6)    A statement that answers to the Complaint or a
25 motion under Rule 12 of the Federal Rules of Civil Procedure ("Fed.
26 R. Civ. P.") must be filed and served within 20 days after
27 ///
28 ///

2

1  the filing of the claims and that, in the absence thereof, default
2  may be entered and condemnation ordered.
3  Dated: 1/21/09                     LAWRENCE G. BROWN
                                      Acting United States Attorney

                                      /s/ Saralyn M. Ang-Olson
                                      SARALYN M. ANG-OLSON
                                      Special Assistant U.S. Attorney


                                    **ORDER**

   IT IS SO ORDERED.
Dated:  January 22, 2009.


                                   _____
                                   U.S. MAGISTRATE JUDGE

3