```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  E. ROBERT WRIGHT (SBN 51861)
    Assistant U.S. Attorney
 3  United States Courthouse
    501 "I" Street, Suite 10-100
 4  Sacramento, California 95814
    Telephone:  (916) 554-2700
 5  Facsimile:  (916) 554-2900
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9              FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,  )   2:09-CV-00182-GEB-KJM
                               )
12         Plaintiff,          )   STIPULATION FOR EXTENSION
                               )   OF STAY OF FURTHER
13     v.                      )   PROCEEDINGS AND ORDER
                               )   [PROPOSED]
14  APPROXIMATELY $18,220.00   )
    IN U.S. CURRENCY,          )   DATE:     December 13, 2010
15                             )   TIME:     9:00 a.m.
           Defendant.          )   COURTROOM: 10
16  _____)
```

17    Plaintiff United States of America and claimant Manh Saecho
18 (hereafter "claimant") submit the following Request for Extension of
19 Stay of Further Proceedings and Proposed Order.

20    This matter was stayed on May 22, 2009 (Doc. 18), and again on
21 November 25, 2009 (Doc. 20) and June 8, 2010 (Doc. 22) because of the
22 pending related criminal cases against Juan Gabriel Alvarez in *U.S.*
23 *v. Reyes,* No. 2:08-cr-00392 GEB and *U.S. v. Aguilar-Godinez,* No.
24 2:08-cr-00570 GEB.  The parties understand that sentencing of Juan
25 Gabriel Alvarez in the criminal cases is presently scheduled for
26 January 14, 2011.  For this reason, the parties request that the stay
27 be extended for an additional 90 days.

28    At that time the parties will advise the court of the status of

the criminal cases and will advise the court whether a further stay is necessary.

DATED: 11/8/10                                   BENJAMIN B. WAGNER
                                                 United States Attorney

                                          By:    /s/ E. Robert Wright
                                                 E. ROBERT WRIGHT
                                                 Assistant U.S. Attorney
                                                 Attorneys for Plaintiff
                                                 United States of America


DATED: 11/9/10                                   /s/ Danny D. Brace, Jr.
                                                 DANNY D. BRACE, JR.
                                                 Attorney for claimant
                                                 Manh Saechao
                                                 (Authorized by email)


**ORDER**

For the reasons set forth above, this matter is stayed for an additional 90 days. On or before February 21, 2011 the parties will advise the Court whether a further stay is necessary.

The pretrial scheduling conference scheduled for December 13, 2010, is rescheduled for March 14, 2011. A joint status report is to be filed fourteen days prior to the hearing.

**IT IS SO ORDERED.**

Dated: November 10, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge