BENJAMIN B. WAGNER
United States Attorney
KELLI L. TAYLOR
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:09-CV-00182-GEB-CMK(TEMP) |
| Plaintiff, | STIPULATION FOR EXTENSION OF STAY OF FURTHER PROCEEDINGS AND ORDER [PROPOSED] |
| v. | |
| APPROXIMATELY $18,220.00 IN U.S. CURRENCY, | DATE:      March 14, 2011 TIME:      9:00 a.m. |
| Defendant. | COURTROOM: 10 |

Plaintiff United States of America and claimant Manh Saecho (hereafter "claimant") submit the following Request for Extension of Stay of Further Proceedings and Proposed Order.

This matter was stayed on May 22, 2009 (Doc. 18), and again on November 25, 2009 (Doc. 20), and again on June 8, 2010 (Doc. 22), and November 12, 2010 (Doc. 25) because of the pending related criminal cases against Juan Gabriel Alvarez in *U.S. v. Reyes,* No. 2:08-CR-00392 GEB and *U.S. v. Aguilar-Godinez,* No. 2:08-CR-00570 GEB. The parties understand that sentencing of Juan Gabriel Alvarez in the criminal cases is presently scheduled for April 8, 2011. For this reason, the parties request that the stay be extended for an additional 90 days. At that time the parties will advise the court of the status of

the criminal cases and will advise the court whether a further stay is necessary.

DATED: 2/2/11                       BENJAMIN B. WAGNER
                                    United States Attorney

                              By:   /s/ Kelli L. Taylor
                                    KELLI L. TAYLOR
                                    Assistant U.S. Attorney


DATED: 2/2/11                       /s/ Danny D. Brace, Jr.
                                    DANNY D. BRACE, JR.
                                    Attorney for claimant
                                    Manh Saechao
                                    (As authorized on 2/2/11)

**ORDER**

For the reasons set forth above, this matter is stayed for an additional 90 days. On or before May 20, 2011, the parties will advise the Court whether a further stay is necessary.

The pretrial scheduling conference scheduled for March 14, 2011, is vacated and is rescheduled to March 28, 2011, at 9:00 a.m. A joint status report is to be filed fourteen days prior to the hearing.

**IT IS SO ORDERED.**

Dated:  February 3, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge