1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916)554-2700

5  Attorneys for the United States

6

7

8                  IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,       )    2:09-CV-00182-GEB-CMK(TEMP)
                                    )
12          Plaintiff,             )    STIPULATION FOR EXTENSION
                                    )    OF STAY OF FURTHER
13      v.                          )    PROCEEDINGS AND ORDER
                                    )    [PROPOSED]
14 APPROXIMATELY $18,220.00         )
   IN U.S. CURRENCY,                )    DATE:    June 27, 2011
15                                  )    TIME:    9:00 a.m.
            Defendant.             )    COURTROOM: 10
16 _____)

17        Plaintiff United States of America and claimant Manh Saecho

18 (hereafter "claimant") submit the following Request for Extension of

19 Stay of Further Proceedings and Proposed Order.

20        This matter was stayed on May 22, 2009 (Doc. 18), November 25,

21 2009 (Doc. 20), June 8, 2010 (Doc. 22), November 12, 2010 (Doc. 25),

22 and again on February 3, 2011 (Doc. 29) because of the pending related

23 criminal cases against Juan Gabriel Alvarez in *U.S. v. Reyes,* No.

24 2:08-CR-00392 GEB and *U.S. v. Aguilar-Godinez,* No. 2:08-CR-00570 GEB.

25 The parties understand that sentencing of Juan Gabriel Alvarez in the

26 criminal cases is presently scheduled for June 24, 2011.  For this

27 reason, the parties request that the stay be extended for an

28 additional 90 days.

                          1          Stipulation for Extension of Stay
                                     of Further Proceedings and Order

1    At that time the parties will advise the court of the status of

2 the criminal cases and will advise the court whether a further stay

3 is necessary.

4 DATED:  5/12/11                           BENJAMIN B. WAGNER
                                            United States Attorney

5

6                                     By:   /s/ Kevin C. Khasigian
                                            KEVIN C. KHASIGIAN
7                                           Assistant U.S. Attorney

8

9 DATED:  5/12/11                           /s/ Danny D. Brace, Jr.
                                            DANNY D. BRACE, JR.
10                                          Attorney for claimant
                                            Manh Saechao
11                                          (As Authorized by Email)

12

13

14                              **ORDER**

15    For the reasons set forth above, this matter is stayed for an

16 additional 90 days.  On or before August 18, 2011, the parties will

17 advise the Court whether a further stay is necessary.

18    The pretrial scheduling conference scheduled for June 27, 2011,

19 is vacated and is rescheduled to August 29, 2011, at 9:00 a.m.  A

20 joint status report shall be filed fourteen days prior to the hearing.

21    **IT IS SO ORDERED.**

22 Dated:  May 20, 2011

23

24 _____
   GARLAND E. BURRELL, JR.
25 United States District Judge

26

27

28

                    2                Stipulation for Extension of Stay
                                     of Further Proceedings and Order