BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:09-CV-00182-GEB-CMK(TEMP) |
| ) | |
| Plaintiff, ) | STIPULATION FOR EXTENSION |
| ) | OF STAY OF FURTHER |
| v. ) | PROCEEDINGS AND ORDER |
| ) | [PROPOSED] |
| APPROXIMATELY $18,220.00 ) | |
| IN U.S. CURRENCY, ) | DATE:    August 29, 2011 |
| ) | TIME:    9:00 a.m. |
| Defendant. ) | COURTROOM: 10 |

The United States of America and claimant Manh Saechao (hereafter "claimant") submit the following Request for Extension of Stay of Further Proceedings and Proposed Order.

This matter was stayed on May 22, 2009 (Doc. 18), November 25, 2009 (Doc. 20), June 8, 2010 (Doc. 22), November 12, 2010 (Doc. 25), February 3, 2011 (Doc. 29), and again on May 23, 2011 (Doc. 33) because of the pending related criminal cases against Juan Gabriel Alvarez in *U.S. v. Reyes,* No. 2:08-CR-00392-GEB and *U.S. v. Aguilar-Godinez,* No. 2:08-CR-00570-GEB.  The parties understand that sentencing of Juan Gabriel Alvarez in the criminal cases is presently scheduled for October 21, 2011.  For this reason, the parties request that the stay be extended for an additional 90 days.

1   At that time the parties will advise the court of the status of
2 the criminal cases and will advise the court whether a further stay
3 is necessary.

5 DATED: 8/01/2011              BENJAMIN B. WAGNER
                                United States Attorney

7                         By:   /s/ Kevin C. Khasigian
                                KEVIN C. KHASIGIAN
8                               Assistant U.S. Attorney

10 DATED: 8/1/11                 /s/ Danny D. Brace, Jr.
                                DANNY D. BRACE, JR.
11                              Attorney for claimant
                                Manh Saechao
12                              (As authorized by email)

15                              **ORDER**

16   For the reasons set forth above, this matter is stayed for an
17 additional 90 days.  On or before November 16, 2011, the parties will
18 advise the Court whether a further stay is necessary.
19   The pretrial scheduling conference scheduled for August 29, 2011,
20 is vacated and is rescheduled to December 12, 2011, at 9:00 a.m.  A
21 joint status report shall be filed fourteen days prior to the hearing.
22   **IT IS SO ORDERED.**

23 Dated:  August 2, 2011

                                _____
25                              GARLAND E. BURRELL, JR.
                                United States District Judge