BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:09-CV-00182-GEB-CMK(TEMP) |
| Plaintiff, ) | STIPULATION FOR EXTENSION OF STAY OF FURTHER PROCEEDINGS AND ORDER [PROPOSED] |
| v. ) | |
| APPROXIMATELY $18,220.00 IN U.S. CURRENCY, ) | DATE: December 12, 2011 |
| Defendant. ) | TIME: 9:00 a.m. COURTROOM: 10 |

The United States of America and claimant Manh Saechao (hereafter "claimant") submit the following Request for Extension of Stay of Further Proceedings and Proposed Order.

This matter was stayed on May 22, 2009 (Doc. 18), November 25, 2009 (Doc. 20), June 8, 2010 (Doc. 22), November 12, 2010 (Doc. 25), February 3, 2011 (Doc. 29), May 23, 2011 (Doc. 33), and again on August 2, 2011 (Doc. 35), because of the pending related criminal cases against Juan Gabriel Alvarez in *U.S. v. Reyes,* No. 2:08-CR-00392-GEB and *U.S. v. Aguilar-Godinez,* No. 2:08-CR-00570-GEB. The parties understand that sentencing of Juan Gabriel Alvarez in the criminal cases is presently scheduled for December 9, 2011. For this reason, the parties request that the stay be extended for an

additional 60 days.

At that time the parties will advise the court of the status of the criminal cases and will advise the court whether a further stay is necessary.

DATED: 11/16/11                         BENJAMIN B. WAGNER
                                        United States Attorney

                                   By:  /s/ Kevin C. Khasigian
                                        KEVIN C. KHASIGIAN
                                        Assistant U.S. Attorney


DATED: 11/15/11                         /s/ Danny D. Brace, Jr.
                                        DANNY D. BRACE, JR.
                                        Attorney for claimant
                                        Manh Saechao
                                        (Authorized by email)

**ORDER**

For the reasons set forth above, this matter is stayed for an additional 60 days. On or before January 15, 2012, the parties will advise the Court whether a further stay is necessary.

The pretrial scheduling conference scheduled for December 12, 2011, is vacated and is rescheduled to February 27, 2012, at 9:00 a.m. A joint status report shall be filed fourteen days prior to the hearing.

**IT IS SO ORDERED.**

**Dated: November 28, 2011**

                                        _____
                                        **GARLAND E. BURRELL, JR.**
                                        **United States District Judge**