1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916)554-2700

5  Attorneys for the United States

6
7
8              IN THE UNITED STATES DISTRICT COURT
9             FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11 UNITED STATES OF AMERICA,    )   2:09-CV-00182-GEB-CMK(TEMP)
                                )
12           Plaintiff,         )   STIPULATION FOR EXTENSION
                                )   OF STAY OF FURTHER
13     v.                       )   PROCEEDINGS AND ORDER
                                )   [PROPOSED]
14 APPROXIMATELY $18,220.00     )
   IN U.S. CURRENCY,            )   DATE:      December 12, 2011
15                              )   TIME:      9:00 a.m.
             Defendant.         )   COURTROOM: 10
16 ─────────────────────────────)

17      The United States of America and claimant Manh Saechao (hereafter
18 "claimant") submit the following Request for Extension of Stay of
19 Further Proceedings and Proposed Order.
20      This matter was stayed on May 22, 2009 (Doc. 18), November 25,
21 2009 (Doc. 20), June 8, 2010 (Doc. 22), November 12, 2010 (Doc. 25),
22 February 3, 2011 (Doc. 29), May 23, 2011 (Doc. 33), and again on
23 August 2, 2011 (Doc. 35), because of the pending related criminal
24 cases against Juan Gabriel Alvarez in *U.S. v. Reyes,* No. 2:08-CR-
25 00392-GEB and *U.S. v. Aguilar-Godinez,* No. 2:08-CR-00570-GEB.  The
26 parties understand that sentencing of Juan Gabriel Alvarez in the
27 criminal cases is presently scheduled for December 9, 2011.  For this
28 reason, the parties request that the stay be extended for an

additional 60 days.

At that time the parties will advise the court of the status of the criminal cases and will advise the court whether a further stay is necessary.

DATED: 11/16/11                              BENJAMIN B. WAGNER
                                             United States Attorney

                                        By:  /s/ Kevin C. Khasigian
                                             KEVIN C. KHASIGIAN
                                             Assistant U.S. Attorney


DATED: 11/15/11                              /s/ Danny D. Brace, Jr.
                                             DANNY D. BRACE, JR.
                                             Attorney for claimant
                                             Manh Saechao
                                             (Authorized by email)

### ORDER

For the reasons set forth above, this matter is stayed for an additional 60 days.  On or before January 15, 2012, the parties will advise the Court whether a further stay is necessary.

The pretrial scheduling conference scheduled for December 12, 2011, is vacated and is rescheduled to February 27, 2012, at 9:00 a.m. A joint status report shall be filed fourteen days prior to the hearing.

**IT IS SO ORDERED.**

**Dated:  November 28, 2011**

                                             GARLAND E. BURRELL, JR.
                                             United States District Judge