1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916)554-2700

5  Attorneys for the United States

6

7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    )   2:09-CV-00182-GEB-CMK(TEMP)
                                )
12          Plaintiff,          )   STIPULATION FOR EXTENSION
                                )   OF STAY OF FURTHER
13     v.                       )   PROCEEDINGS AND ORDER
                                )   [PROPOSED]
14 APPROXIMATELY $18,220.00     )
   IN U.S. CURRENCY,            )   DATE:     February 27, 2012
15                              )   TIME:     9:00 a.m.
            Defendant.          )   COURTROOM: 10
16 ─────────────────────────────)

17     The United States of America and claimant Manh Saechao (hereafter

18 "claimant") submit the following Request for Extension of Stay of

19 Further Proceedings and Proposed Order.

20     This matter was stayed on May 22, 2009 (Doc. 18), November 25,

21 2009 (Doc. 20), June 8, 2010 (Doc. 22), November 12, 2010 (Doc. 25),

22 February 3, 2011 (Doc. 29), May 23, 2011 (Doc. 33), August 2, 2011

23 (Doc. 35), and again on November 28, 2011 (Doc. 37) because of the

24 pending related criminal cases against Juan Gabriel Alvarez in *U.S.*

25 *v. Reyes,* No. 2:08-CR-00392-GEB and *U.S. v. Aguilar-Godinez,* No. 2:08-

26 CR-00570-GEB.  The parties understand that sentencing of Juan Gabriel

27 Alvarez in the criminal cases is presently scheduled for January 27,

28 2012.  For this reason, the parties request that the stay be extended

                              1         Stipulation for Extension of Stay
                                        of Further Proceedings and Order

1   for an additional 60 days.

2       At that time the parties will advise the court of the status of

3   the criminal cases and will advise the court whether a further stay

4   is necessary.

5

6   DATED: _1/12/2012_                    BENJAMIN B. WAGNER
                                          United States Attorney
7

8                                  By:  /s/ Kevin C. Khasigian___
                                        KEVIN C. KHASIGIAN
9                                       Assistant U.S. Attorney

10

11  DATED: _1-12-12___                    /s/ Danny D. Brace, Jr.___
                                          DANNY D. BRACE, JR.
12                                        Attorney for claimant
                                          Manh Saechao
13
                                          (Signature retained by attorney)
14

15

16                              **ORDER**

17      For the reasons set forth above, this matter is stayed for an

18  additional 60 days.  On or before March 15, 2012, the parties will

19  advise the Court whether a further stay is necessary.

20      The pretrial scheduling conference scheduled for February 27,

21  2012, is vacated and is rescheduled for April 23, 2012.  A joint

22  status report shall be filed fourteen days prior to the hearing.

23      **IT IS SO ORDERED.**

24  Dated:  February 8, 2012

25

26                          _____
                            GARLAND E. BURRELL, JR.
27                          United States District Judge

28

                            2                Stipulation for Extension of Stay
                                             of Further Proceedings and Order