```
BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2700

Attorneys for the United States
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:09-CV-00182-GEB-CMK(TEMP) |
| Plaintiff, | STIPULATION FOR EXTENSION OF STAY OF FURTHER PROCEEDINGS AND ORDER [PROPOSED] |
| v. | |
| APPROXIMATELY $18,220.00 IN U.S. CURRENCY, | DATE:   February 27, 2012 |
| | TIME:   9:00 a.m. |
| Defendant. | COURTROOM: 10 |

The United States of America and claimant Manh Saechao (hereafter "claimant") submit the following Request for Extension of Stay of Further Proceedings and Proposed Order.

This matter was stayed on May 22, 2009 (Doc. 18), November 25, 2009 (Doc. 20), June 8, 2010 (Doc. 22), November 12, 2010 (Doc. 25), February 3, 2011 (Doc. 29), May 23, 2011 (Doc. 33), August 2, 2011 (Doc. 35), and again on November 28, 2011 (Doc. 37) because of the pending related criminal cases against Juan Gabriel Alvarez in *U.S. v. Reyes,* No. 2:08-CR-00392-GEB and *U.S. v. Aguilar-Godinez,* No. 2:08-CR-00570-GEB. The parties understand that sentencing of Juan Gabriel Alvarez in the criminal cases is presently scheduled for January 27, 2012. For this reason, the parties request that the stay be extended

for an additional 60 days.

At that time the parties will advise the court of the status of the criminal cases and will advise the court whether a further stay is necessary.

DATED: 1/12/2012                         BENJAMIN B. WAGNER
                                         United States Attorney

                                    By:  /s/ Kevin C. Khasigian
                                         KEVIN C. KHASIGIAN
                                         Assistant U.S. Attorney


DATED: 1-12-12                           /s/ Danny D. Brace, Jr.
                                         DANNY D. BRACE, JR.
                                         Attorney for claimant
                                         Manh Saechao

                                         (Signature retained by attorney)


**ORDER**

For the reasons set forth above, this matter is stayed for an additional 60 days. On or before March 15, 2012, the parties will advise the Court whether a further stay is necessary.

The pretrial scheduling conference scheduled for February 27, 2012, is vacated and is rescheduled for April 23, 2012. A joint status report shall be filed fourteen days prior to the hearing.

**IT IS SO ORDERED.**

Dated: February 8, 2012

                                         GARLAND E. BURRELL, JR.
                                         United States District Judge