BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>APPROXIMATELY $18,220.00 IN U.S. CURRENCY,<br><br>  Defendant, | CASE NO.   2:09-CV-00182-GEB-CMK<br><br>**STIPULATION FOR EXTENSION OF STAY OF FURTHER PROCEEDINGS AND ORDER (PROPOSED)**<br><br>Date:       June 25, 2012<br>Time:       9:00 a.m.<br>Courtroom:  10 |

The United States of America and claimant Manh Saechao (hereafter "claimant") submit the following Request for Extension of Stay of Further Proceedings and Proposed Order.

This matter was stayed on May 22, 2009 (Doc. 18), November 25, 2009 (Doc. 20), June 8, 2010 (Doc. 22), November 12, 2010 (Doc. 25), February 3, 2011 (Doc. 29), May 23, 2011 (Doc. 33), August 2, 2011 (Doc. 35), November 28, 2011 (Doc. 37), February 8, 2012 (Doc. 39), and again on March 16, 2012 (Doc. 41), because of the pending related criminal cases against Juan Gabriel Alvarez in *U.S. v. Reyes,* No. 2:08-CR-00392-GEB and *U.S. v. Aguilar-Godinez,* No. 2:08-CR-00570-GEB.  The parties understand that Juan Gabriel Alvarez 's sentencing is presently scheduled for May 25, 2012.  For this reason, the parties request that the stay be extended for an additional sixty days.

At that time, the parties will advise the court of the status of the criminal cases and will advise the court whether a further stay is necessary.

Dated: 5/10/12                                              BENJAMIN B. WAGNER
                                                            United States Attorney


                                                            /s/ Kevin C. Khasigian
                                                            KEVIN C. KHASIGIAN
                                                            Assistant U.S. Attorney


Dated: 5/10/12                                              /s/ Danny D. Brace, Jr.
                                                            DANNY D. BRACE, JR.
                                                            Attorney for Claimant
                                                            Manh Saechao
                                                            (Authorized by email)

### ORDER

For the reasons set forth above, this matter is stayed for an additional sixty days. On or before July 16, 2012, the parties will advise the Court whether a further stay is necessary.

The pretrial scheduling conference scheduled for June 25, 2012, is vacated and is rescheduled for August 20, 2012. A joint status report shall be filed fourteen days prior to the hearing.

**IT IS SO ORDERED.**

**Date: 5/30/2012**

_____
GARLAND E. BURRELL, JR.
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3

Stipulation for Extension of Stay of Further
Proceedings and Order (Proposed)