1  BENJAMIN B. WAGNER
United States Attorney
2  KEVIN C. KHASIGIAN
Assistant United States Attorney
3  501 I Street, Suite 10-100
Sacramento, CA  95814
4  Telephone:  (916) 554-2700

5  Attorneys for the United States

6

7

8  IN THE UNITED STATES DISTRICT COURT

9  EASTERN DISTRICT OF CALIFORNIA

10

| 11 | UNITED STATES OF AMERICA, | CASE NO.   2:09-CV-00182-GEB-CMK |
|---|---|---|
| 12 | Plaintiff, | **STIPULATION FOR EXTENSION OF STAY OF FURTHER PROCEEDINGS AND ORDER (PROPOSED)** |
| 13 | v. | |
| 14 | APPROXIMATELY $18,220.00 IN U.S. CURRENCY, | Date:        June 25, 2012 |
| 15 | | Time:        9:00 a.m. |
| 16 | Defendant, | Courtroom: 10 |

17

18     The United States of America and claimant Manh Saechao (hereafter

19  "claimant") submit the following Request for Extension of Stay of Further Proceedings

20  and Proposed Order.

21     This matter was stayed on May 22, 2009 (Doc. 18), November 25, 2009 (Doc. 20),

22  June 8, 2010 (Doc. 22), November 12, 2010 (Doc. 25), February 3, 2011 (Doc. 29), May

23  23, 2011 (Doc. 33), August 2, 2011 (Doc. 35), November 28, 2011 (Doc. 37), February 8,

24  2012 (Doc. 39), and again on March 16, 2012 (Doc. 41), because of the pending related

25  criminal cases against Juan Gabriel Alvarez in *U.S. v. Reyes,* No. 2:08-CR-00392-GEB

26  and *U.S. v. Aguilar-Godinez,* No. 2:08-CR-00570-GEB.  The parties understand that

27  Juan Gabriel Alvarez 's sentencing is presently scheduled for May 25, 2012.  For this

28  reason, the parties request that the stay be extended for an additional sixty days.

At that time, the parties will advise the court of the status of the criminal cases and will advise the court whether a further stay is necessary.

Dated: 5/10/12 				BENJAMIN B. WAGNER
						United States Attorney


						/s/ Kevin C. Khasigian
						KEVIN C. KHASIGIAN
						Assistant U.S. Attorney


Dated: 5/10/12				/s/ Danny D. Brace, Jr.
						DANNY D. BRACE, JR.
						Attorney for Claimant
						Manh Saechao
						(Authorized by email)

## ORDER

For the reasons set forth above, this matter is stayed for an additional sixty days. On or before July 16, 2012, the parties will advise the Court whether a further stay is necessary.

The pretrial scheduling conference scheduled for June 25, 2012, is vacated and is rescheduled for August 20, 2012. A joint status report shall be filed fourteen days prior to the hearing.

**IT IS SO ORDERED.**

**Date: 5/30/2012**

_____
GARLAND E. BURRELL, JR.
United States District Judge

2

Case 2:09-cv-00182-GEB-CMK   Document 43   Filed 05/30/12   Page 3 of 3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3

Stipulation for Extension of Stay of Further Proceedings and Order (Proposed)