BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.   2:09-CV-00182-GEB-CMK (temp) |
|---|---|
| Plaintiff, | **STIPULATION FOR EXTENSION OF STAY OF FURTHER PROCEEDINGS AND ORDER (PROPOSED)** |
| v. | |
| APPROXIMATELY $18,220.00 IN U.S. CURRENCY, | Date:         August 20, 2012<br>Time:         9:00 a.m.<br>Courtroom: 10 |
| Defendant, | |

The United States of America and claimant Manh Saechao (hereafter "claimant") submit the following Request for Extension of Stay of Further Proceedings and Proposed Order.

This matter was stayed on May 22, 2009 (Doc. 18), November 25, 2009 (Doc. 20), June 8, 2010 (Doc. 22), November 12, 2010 (Doc. 25), February 3, 2011 (Doc. 29), May 23, 2011 (Doc. 33), August 2, 2011 (Doc. 35), November 28, 2011 (Doc. 37), February 8, 2012 (Doc. 39), March 16, 2012, (Doc. 41) and again on May 10, 2012 (Doc. 43), because of the pending related criminal cases against Juan Gabriel Alvarez in *U.S. v. Reyes,* No. 2:08-CR-00392-GEB and *U.S. v. Aguilar-Godinez,* No. 2:08-CR-00570-GEB.  The parties understand that sentencing of Juan Gabriel Alvarez in the criminal cases is

presently scheduled for August 10, 2012. For this reason, the parties request that the stay be extended for an additional 60 days.

At that time, the parties will advise the court of the status of the criminal cases and will advise the court whether a further stay is necessary.

Dated: 7/11/2012                    BENJAMIN B. WAGNER
                                    United States Attorney


                                    /s/ Kevin C. Khasigian
                                    KEVIN C. KHASIGIAN
                                    Assistant U.S. Attorney


Dated: 7/11/2012                    /s/ Danny D. Brace, Jr.
                                    DANNY D. BRACE, JR.
                                    Attorney for Claimant
                                    Manh Saechao
                                    (Signature retained by attorney)

### ORDER

For the reasons set forth above, this matter is stayed for an additional 60 days. On or before September 14, 2012, the parties will advise the Court whether a further stay is necessary.

The pretrial scheduling conference scheduled for August 20, 2012, is vacated and is rescheduled for October 15, 2012. A joint status report shall be filed fourteen days prior to the hearing.

**IT IS SO ORDERED.**

**Date: 7/11/2012**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge