1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2700

5  Attorneys for the United States

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            CASE NO.   2:09-CV-00182-GEB-CMK

12           Plaintiff,                  **STIPULATION FOR EXTENSION OF STAY
                                         OF FURTHER PROCEEDINGS AND
13        v.                             ORDER**

14  APPROXIMATELY $18,220.00 IN U.S.
    CURRENCY,                            Date:        April 15, 2013
15                                       Time:        9:00 a.m.
             Defendant,                  Courtroom:   10
16

17

18        The United States of America and claimant Manh Saechao (hereafter

19  "claimant") submit the following Request for Extension of Stay of Further Proceedings

20  and Proposed Order.

21        This matter was stayed on May 22, 2009 (Doc. 18), November 25, 2009 (Doc. 20),

22  June 8, 2010 (Doc. 22), November 12, 2010 (Doc. 25), February 3, 2011 (Doc. 29), May

23  23, 2011 (Doc. 33), August 2, 2011 (Doc. 35), November 28, 2011 (Doc. 37), February 8,

24  2012 (Doc. 39), March 16, 2012 (Doc. 41), May 10, 2012 (Doc. 43), July 12, 2012 (Doc.

25  45), September 17, 2012 (Doc. 47), November 20, 2012 (Doc. 49), and again on January

26  14, 2013, because of the pending related criminal cases against Juan Gabriel Alvarez in

27  *U.S. v. Reyes,* No. 2:08-CR-00392-GEB and *U.S. v. Aguilar-Godinez,* No. 2:08-CR-

28  00570-GEB.  The parties understand that sentencing of Juan Gabriel Alvarez in the

                                    1

1  criminal cases is presently scheduled for April 19, 2013.  For this reason, the parties

2  request that the stay be extended for an additional 60 days.

3      At that time, the parties will advise the court of the status of the criminal cases

4  and will advise the court whether a further stay is necessary.

5

6  Dated: 3/8/2013                                        BENJAMIN B. WAGNER
                                                          United States Attorney
7

8
                                                          /s/ Kevin C. Khasigian
9                                                         KEVIN C. KHASIGIAN
                                                          Assistant U.S. Attorney
10

11
   Dated: 3/11/2013                                       /s/ Danny D. Brace, Jr.
12                                                        DANNY D. BRACE, JR.
                                                          Attorney for Claimant
13                                                        Manh Saechao

14                                                        (Signature authorized by email)

15
                                          **ORDER**
16

17      For the reasons set forth above, this matter is stayed for an additional 60 days.

18  On or before May 14, 2013, the parties will advise the Court whether a further stay is

19  necessary.

20      The pretrial scheduling conference scheduled for April 15, 2013, is vacated and

21  is rescheduled for June 24, 2013, at 9:00 a.m.  A joint status report shall be filed

22  fourteen days prior to the hearing.

23  **Date:  3/12/2013**

24

25  _____
    GARLAND E. BURRELL, JR.
26  Senior United States District Judge

27

28

2

Stipulation for Extension of Stay of Further
Proceedings and Order (Proposed)

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

Stipulation for Extension of Stay of Further
Proceedings and Order (Proposed)