1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2700

5  Attorneys for the United States

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | CASE NO.   2:09-CV-00182-GEB-CMK |

12 | Plaintiff, | **STIPULATION FOR EXTENSION OF STAY OF FURTHER PROCEEDINGS AND ORDER (PROPOSED)** |

13 | v. | |

14 | APPROXIMATELY $18,220.00 IN U.S. CURRENCY, | |

15 | | Date:       September 16, 2013<br>Time:       9:00 a.m. |

16 | Defendant, | Courtroom:  10 |

17

18         The United States of America and claimant Manh Saechao (hereafter

19 "claimant") submit the following Request for Extension of Stay of Further Proceedings

20 and Proposed Order.

21         This matter was stayed on May 22, 2009 (Doc. 18), November 25, 2009 (Doc. 20),

22 June 8, 2010 (Doc. 22), November 12, 2010 (Doc. 25), February 3, 2011 (Doc. 29), May

23 23, 2011 (Doc. 33), August 2, 2011 (Doc. 35), November 28, 2011 (Doc. 37), February 8,

24 2012 (Doc. 39), March 16, 2012 (Doc. 41), May 10, 2012 (Doc. 43), July 12, 2012 (Doc.

25 45), September 17, 2012 (Doc. 47), November 20, 2012 (Doc. 49), January 14, 2013 (Doc.

26 49), March 13, 2013 (Doc.53), and again on May 15, 2013, because of the pending

27 related criminal cases against Juan Gabriel Alvarez in *U.S. v. Reyes,* No. 2:08-CR-

28 00392-GEB and *U.S. v. Aguilar-Godinez,* No. 2:08-CR-00570-GEB.  The parties

1

1  understand that sentencing of Juan Gabriel Alvarez in the criminal cases is presently

2  scheduled for August 9, 2013.  For this reason, the parties request that the stay be

3  extended for an additional 90 days.

4       At that time, the parties will advise the court of the status of the criminal cases

5  and will advise the court whether a further stay is necessary.

6

7  Dated:  <u>8/8/2013</u>               BENJAMIN B. WAGNER
                                     United States Attorney

8

9
                                     <u>/s/ Kevin C. Khasigian</u>

10
                                     KEVIN C. KHASIGIAN
                                     Assistant U.S. Attorney

11

12

13  Dated: <u>8/8/2013</u>                <u>/s/ Danny D. Brace, Jr.</u>
                                     DANNY D. BRACE, JR.

14
                                     Attorney for Claimant

15
                                     Manh Saechao

16
                                     (Signature authorized by telephone)

17  **ORDER**

18       For the reasons set forth above, this matter is stayed for an additional 90 days.

19  On or before November 11, 2013, the parties will advise the Court whether a further

20  stay is necessary.

21       The pretrial scheduling conference scheduled for September 16, 2013, is vacated

22  and is rescheduled for February 3, 2014, at 9:00 a.m. A joint status report shall be filed

23  fourteen days prior to the hearing.

24       **IT IS SO ORDERED.**

25  **Dated:  September 4, 2013**

26  _____
          GARLAND E. BURRELL, JR.

27            Senior United States District Judge

28

2