BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:09-CV-00182-GEB-CMK |
| Plaintiff, | STIPULATION FOR EXTENSION OF STAY OF FURTHER PROCEEDINGS AND ORDER |
| v. | |
| APPROXIMATELY $18,220.00 IN U.S. CURRENCY, | Date:          February 3, 2014<br>Time:         9:00 a.m.<br>Courtroom:  10 |
| Defendant, | |

The United States of America and claimant Manh Saechao (hereafter "claimant") submit the following Request for Extension of Stay of Further Proceedings and Proposed Order.

This matter was stayed on May 22, 2009 (Doc. 18), November 25, 2009 (Doc. 20), June 8, 2010 (Doc. 22), November 12, 2010 (Doc. 25), February 3, 2011 (Doc. 29), May 23, 2011 (Doc. 33), August 2, 2011 (Doc. 35), November 28, 2011 (Doc. 37), February 8, 2012 (Doc. 39), March 16, 2012 (Doc. 41), May 10, 2012 (Doc. 43), July 12, 2012 (Doc. 45), September 17, 2012 (Doc. 47), November 20, 2012 (Doc. 49), January 14, 2013 (Doc. 49), March 13, 2013 (Doc.53), May 15, 2013 (Doc. 55) and again on September 4, 2013 (Doc. 59), because of the pending related criminal cases against Juan Gabriel Alvarez in *United States v. Reyes,* No. 2:08-CR-00392-GEB and *United States v. Aguilar-Godinez,* No. 2:08-

CR-00570-GEB.  The parties understand that sentencing of Juan Gabriel Alvarez in the criminal cases is presently scheduled for January 10, 2014.  For this reason, the parties request that the stay be extended for an additional 90 days.

At that time, the parties will advise the court of the status of the criminal cases and will advise the court whether a further stay is necessary.

Dated: 11/6/13                                  BENJAMIN B. WAGNER
                                                United States Attorney

                                                /s/ Kevin C. Khasigian
                                                KEVIN C. KHASIGIAN
                                                Assistant U.S. Attorney


Dated: 11/7/13                                  /s/ Danny D. Brace, Jr.
                                                DANNY D. BRACE, JR.
                                                Attorney for Claimant Manh Saechao
                                                (Authorized by email)

### ORDER

For the reasons set forth above, this matter is stayed for an additional 90 days.  On or before February 10, 2014, the parties will advise the Court whether a further stay is necessary.

The pretrial scheduling conference scheduled for February 3, 2014, is vacated and is rescheduled for May 5, 2014, at 9:00 a.m.  A joint status report shall be filed fourteen days prior to the hearing.

**IT IS SO ORDERED.**

**Dated:  December 20, 2013**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge